# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **TAMMY ALBRITTON,** | ) |
| Plaintiff. | ) Case No.: 2:19-cv-14025-JEM |
| v. | ) |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.


Dated: January 3, 2020    By: */s/ Amy L. B. Ginsburg*
       Amy L. B. Ginsburg, Esquire
       Kimmel & Silverman, P.C.
       30 E. Butler Pike
       Ambler, PA 19002
       Phone: (215) 540-8888
       Fax: (877) 788-2864
       Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Cory W. Eichhorn, Esquire
Holland & Knight, LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
cory.eichhorn@hklaw.com.com
Attorney for Defendant

Dated: January 3, 2020         By: */s/ Amy L. B. Ginsburg*
                                  Amy L. B. Ginsburg, Esquire
                                  Kimmel & Silverman, P.C.
                                  30 E. Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Fax: (877) 788-2864
                                  Email: aginsburg@creditlaw.com