# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TAMMY ALBRITTON, | § |
| Plaintiff, | § Civil Action No. 2:19-cv-14025-JEM |
| v. | § |
| MIDLAND CREDIT MANAGEMENT, INC., | § |
| Defendant. | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Cory W. Eichhorn | */s/* Amy L. B. Ginsburg |
| Cory W. Eichhorn, Esq. | Amy L. B. Ginsburg, Esq. |
| Holland & Knight, LLP | Kimmel & Silverman, P.C. |
| 701 Brickell Avenue | 30 East Butler Pike |
| Suite 3300 | Ambler, PA 19002 |
| Miami, FL 33131 | Phone: 215-540-8888 |
| Phone: 305-374-8500 | Fax: 215-540-8817 |
| Email: cory.eichhorn@hklaw.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: March 24, 2020 | Date: March 24, 2020 |

BY THE COURT:

_____

J.

## **CERTIFICATE OF SERVICE**

    I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Cory W. Eichhorn, Esq.
Holland & Knight, LLP
701 Brickell Avenue
Suite 3300
Miami, FL 33131
Phone: 305-374-8500
Email: cory.eichhorn@hklaw.com
Attorney for the Defendant

Dated: March 24, 2020       By: /s/ Amy L. B. Ginsburg
                Amy L. B. Ginsburg, Esq.
                Kimmel & Silverman, P.C.
                30 E. Butler Avenue
                Ambler, PA 19002
                Tel: 215-540-8888
                Fax: 215-540-8817
                Email: teamkimmel@creditlaw.com
                Attorney for Plaintiff